IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BART WAYNE WOODARD                                                                PLAINTIFF

v.                                           CASE NO. 6:17-CV-06113

DR. NYNETT VOWELL, *et al.*                                                     DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed April 26, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Bryant recommends that Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 6) be denied. The parties have not filed objections to the Report and Recommendation and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts Judge Bryant's Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 6) is **DENIED**.

**IT IS SO ORDERED**, this 15th day of May, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge